1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SGT INVESTMENTS, LLC, et al., | Case No. 13-cv-00658 NC |
| Plaintiffs, | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SANDY PROCTOR, et al., | |
| Defendants. | |

17 This case was removed to federal court by pro se defendant Sandy Proctor. On
18 February 14, 2013, the Court issued an order which scheduled an initial case management
19 conference to take place on May 15, 2013, and set May 8, 2013 as the deadline for the
20 parties to file their case management statement(s). Dkt. No. 2. Subsequently, the clerk
21 issued a notice directing the parties to file their consent or declination to the jurisdiction of
22 a magistrate judge by March 5, 2013. Dkt. No. 6. The parties have failed to comply with
23 these deadlines, and did not appear at the initial case management conference.

24 By May 29, 2013, the parties must file a joint or separate case management
25 statement(s). *See* Civ. L.R. 16-9(a). Additionally, by the same date, each party must file a
26 consent or declination to the jurisdiction of a magistrate judge. The Court will hold an
27 initial case management conference on June 5, 2013 at 10:00 a.m. in Courtroom A, 15th
28

Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties or lead counsel must appear in person and must be prepared to discuss all items mentioned in Civil Local Rule 16-10.

For additional guidance, pro se parties may refer to the Court's Pro Se Handbook, available on the Court's website at http://www.cand.uscourts.gov/prosehandbook, or contact the Legal Help Center, which provides information and limited-scope legal advice to pro se litigants in civil cases. The Legal Help Center requires an appointment, which can be made by calling (415) 782-9000 x8657.

By May 22, 2013, defendant Sandy Proctor must serve a copy of this order on all parties in this case.

IT IS SO ORDERED.

Date: May 16, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge