UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SGT INVESTMENTS, LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SANDY PROCTOR, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-00658 NC<br><br>**REFERRAL FOR REASSIGNMENT WITH RECOMMENDATION TO REMAND CASE** |

　　　Plaintiffs SGT Investments and Yum Man Wong initiated this unlawful detainer action against defendants Rosa Mae Proctor and Sandy Proctor in the Superior Court of California, County of Alameda. Dkt. No. 1 at 19. Defendant Sandy Proctor, proceeding pro se, removed the case to this Court. On May 16, 2013, the Court ordered Proctor to show cause why this case should not be remanded to state court for lack of subject matter jurisdiction. Dkt. No. 9. Proctor did not respond to the order to show cause, and failed to appear at the initial case management conference scheduled for July 3, 2013. Dkt. No. 10.

　　　Because the parties have not consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c), this Court does not have authority to make a dispositive ruling in this case. Accordingly, the Court orders that this case be REASSIGNED to a District Court Judge. The Court RECOMMENDS that the action be REMANDED to state court as

1 Proctor's notice of removal fails to establish federal subject matter jurisdiction for the
2 reasons set forth in this Court's May 16, 2013 order to show cause.
3    Any party may object to this order within fourteen days of the date it is filed.  Fed. R.
4 Civ. P. 72(b).
5    IT IS SO ORDERED.
6    Date: July 8, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge