IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SGT INVESTMENTS, LLC, et al.,

Plaintiffs,

v.

SANDY PROCTOR, et al.,

Defendants.

No. C 13-00658 WHA

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

The undersigned judge has reviewed the report and recommendation of Magistrate Judge Nathanael Cousins and agrees that this unlawful detainer action should be remanded for the reasons stated in the report (Dkt. No. 11). Plaintiff has failed to respond to the magistrate judge's order to show cause why this action should not be remanded for failure to establish federal subject matter jurisdiction. Plaintiff has also failed to file a timely objection to the magistrate judge's report recommending this case be remanded. This order therefore **ADOPTS** in full the report and recommendation of Judge Cousins. This action is hereby **REMANDED** to Alemeda County Superior Court.

**IT IS SO ORDERED.**

Dated: July 29, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE